# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:15-cv-02284-LMM**
**Tridia Corporation v. Sauce Labs, Inc.;**
**1:15-cv-2344-LMM**
**Tridia Corporation v. Stoneware, Inc.;**
**1:15-cv-2405-LMM**
**Tridia Corporation v. Perfecto Mobile, Inc.;**
**1:15-cv-3900-LMM**
**Tridia Corporation v. NTT Resonant, Inc.**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Open Court on 12/01/2015.

TIME COURT COMMENCED: 2:02 P.M.
TIME COURT CONCLUDED: 2:42 P.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Rebecca Bachelor

ATTORNEY(S) PRESENT:
Noah Graubart representing Sauce Labs, Inc.
Puja Lea representing Tridia Corporation
Laura Miller representing Sauce Labs, Inc.
Douglas Salyers representing Tridia Corporation
Holly Saporita representing NTT Resonant, Inc.
Guy Yonay representing Perfecto Mobile, Inc.
Robin Gentry representing Perfecto Mobile, Inc.
Preston Heard representing Stoneware, Inc.

PROCEEDING CATEGRORY:
Scheduling Conference

MINUTE TEXT:
A scheduling conference was held at the request of the parties' in their Joint Preliminary Report and Discovery Plans. The Court inquired as to whether the parties would agree to consolidating discovery and appointing a special master. The parties agreed to consolidate discovery and select a special master. The Court entered an Oral Order directing the parties to notify the Court of their selection of a Special Master within 14 days of this hearing and to file a proposed order governing what the Special Master will do within 21 days thereafter. The parties are directed to file their Certificate of Interested Parties, if they have not already, and file their Rule 26 disclosures. Within 45 days, the parties shall send a draft copy of their

discovery requests to the opposing party.

HEARING STATUS:     Hearing Concluded